1 | Peter J. Ferguson SBN 108297
2 | Kyle R. Bevan SBN 294877
  | **FERGUSON, PRAET & SHERMAN**
3 | A Professional Corporation
  | 1631 East 18th Street
4 | Santa Ana, California  92705-7101
  | (714) 953-5300 telephone
5 | (714) 953-1143 facsimile
  | kbevan@law4cops.com

6 | Attorneys for Defendants City of Montclair,
7 | Jacob Riedell, Michael Pena, and DOES 1 through 10

8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA

| HAROLD MONTOYA, | ) | No. 5:18-cv-00660-JGB (SP) |
|---|---|---|
| Plaintiff, | ) | Hon. Jesus G. Bernal |
| v. | ) | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; PROPOSED ORDER** |
| CITY OF MONTCLAIR; JACOB RIEDELL; MICHAEL PENA; and DOES 1 through 10, | ) | |
| Defendants. | ) | |

The parties in this matter make this joint stipulation to dismiss this lawsuit, in it's entirety with prejudice, as follows:

Plaintiff Harold Montoya has agreed to dismiss this entire action with prejudice.  The agreement between these parties is that they will each bear their own attorney fees and costs of the suit to the date of the Court's Order on this joint stipulation.

Accordingly, the parties respectfully request that this Court grant the Joint Stipulation and dismiss this entire action with prejudice.

Joint Stipulation for Dismissal of Entire Action      1

| | | |
|---|---|---|
| Dated: December 21, 2018 | | FERGUSON, PRAET & SHERMAN<br>A Professional Corporation |
| | By: | /s/ Kyle R. Bevan[1]<br>Kyle R. Bevan,<br>Peter J. Ferguson,<br>Attorneys for City of Montclair,<br>Jacob Riedell, Michael Pena, and<br>DOES 1 through 10 |
| Dated: December 21, 2018 | | |
| | By: | /s/ Gregory Peacock<br>Gregory Peacock, Attorney for<br>Plaintiff |

---

[1] I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Joint Stipulation for Dismissal of Entire Action      2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Coleen Ludvigson, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On December 21, 2018, I served the **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; PROPOSED ORDER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Gregory Peacock, Esq.
D'EGIDIO, LICARI, TOWNSEND & SHAH, APC
4425 Jamboree Road, Suite 130
Newport Beach, CA 92660

____ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed December 21, 2018, at Santa Ana, California.

                 /s/ Coleen Ludvigson
                 Coleen Ludvigson